**J. A. Lavery Motor Company, Appellee, v. J. H. Weil et al., Appellants.**

Gen. No. 41,429.

Heard in third division, first district, this court at October term, 1940; opinion filed June 25, 1941. Frank H. McAleer and Thomas M. Morris, for appellants; Rothbart & Rosenfield, for appellee. Opinion by JUSTICE HEBEL. ''Not to be published in full.''